IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.12-CR-00138-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH ROYAL WHEELER,

    Defendant.

___

UNOPPOSED MOTION FOR DETERMINATION OF COMPETENCY
___

Stephen Laiche, attorney for the Defendant, Kenneth Royal Wheeler, having reasonable cause to believe that the Defendant may be presently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against him or properly assist in his own defense, respectfully move this Honorable Court for a judicial determination of the mental competency of the defendant, pursuant to *18 USC 4241*. As grounds counsel states:

1. In meetings with Mr. Wheeler he is delusional relating preposterous stories as rationale for his conduct in the present case. Mr. Wheeler has been committed to the Colorado Mental Health Institute in Pueblo after being found incompetent on at least two occasions. In his prior criminal case, 04CR580 in Mesa County District Court, Mr. Wheeler was found incompetent to proceed on December 28, 2005 and was held at the Colorado Mental Health Institute in Pueblo for several months. Mr. Wheeler was also found to be incompetent during his Colorado Department of Corrections sentence and was ordered held at Colorado Mental Health Institute in Pueblo .

2. Mr. Wheeler has numerous psychiatric hospitalizations in Colorado as a result of his treatment at Colorado West Mental Health in Grand Junction, Colorado.

3. With Mr. Wheeler's long history of psychiatric problems, and findings of incompetence, counsel believes he is currently suffering from a mental disease or defect that prevents his understanding the nature of his charges or the consequences of this criminal action.

4. Counsel requests the court order a psychiatric examination of Mr. Wheeler and following, a judicial determination of competency or incompetency.

5. Counsel has conferred with Assistant United States Attorney Michelle Heldmyer who does not object to the relief requested by this motion.

Respectfully Submitted this 3rd day of March, 2012.

GRIFF, LARSON, LAICHE & WRIGHT

/s/ Stephen L. Laiche #16427

Attorney for Defendant
422 White Avenue, Suite 323
Grand Junction, CO  81501
(970) 245-8021

## CERTIFICATE OF HAND DELIVERY

   I hereby certify that on this 3rd day of March, 2012, I served the foregoing by personally delivering a copy thereof to the following:

Michelle Heldmyer
Assistant United States Attorney
205 N. 4th Street, Suite 400
Grand Junction, CO 81501

                /s/ Breanne L. Leasure