IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00138-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH ROYAL WHEELER,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that at the end of the jury trial counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 26 day of September 2013

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Government

_____
Attorney for Defendant